UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | Case No.  CR07-5072 |
|---|---|
| Plaintiff, | INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE |
| v. | |
| NICHOLAS A FURFARI, | |
| Defendant. | |

FILED _____ LODGED
_____ RECEIVED
JUL 20 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

THIS MATTER comes on for hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Special/Assistant United States Attorney, BARBARA SIEVERS;

The defendant appears personally and represented by counsel, RUSSELL LEONARD;

The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision; the defendant has been advised of the allegation(s) and maximum potential sanction if substantiated; and the court finding probable cause with regard to the alleged violation(s);

The matter is scheduled for hearing before the Honorable J. KELLEY ARNOLD:

   Date: AUGUST 6, 2010

   Time: 3:00 P.M.

( X )   Defendant is released pending the above scheduled hearing. The defendant is to abide by all the terms and conditions of his deferred prosecution. The defendant is not to drive any vehicle that does not have an ignition interlock device installed.

(   )   Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office. This Order is entered without prejudice to review.

July 20, 2010.

_____
J. Kelley Arnold, US Magistrate Judge

ORDER
Page - 1